■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TED BENOIT, Appellant. [675 NYS2d 554] —Appeal by the defendant from three amended judgments of the Supreme Court, Queens County (Eng, J.), all rendered September 25, 1996, revoking three sentences of probation previously imposed by the same court upon findings that he had violated conditions thereof, upon a hearing, and imposing three sentences of indeterminate terms of 1½ to 4 years imprisonment, to run consecutively to each other, upon his previous convictions of attempted burglary in the second degree (three counts, one as to each indictment).

Ordered that the amended judgments are modified, as a matter of discretion in the interest of justice, by making all of the sentences concurrent; as so modified, the amended judgments are affirmed.

As conceded by the People, the sentences imposed were excessive and therefore are reduced to the extent indicated. Bracken, J. P., Copertino, Santucci, Florio and McGinity, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OATHER BLOCKER, Appellant. [675 NYS2d 554] —Appeal by the defendant from a judgment of the County Court, Nassau County (Goodman, J.), rendered December 7, 1992, convicting him of burglary in the third degree (two counts), upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and the defendant's supplemental *pro se* brief and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Copertino, J. P., Thompson, Sullivan and Friedmann, JJ., concur.